IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TZIPORA SARAH KARIN EISINGER, PhD, <br><br> Plaintiff, <br><br> v. <br><br> THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, <br><br> Defendant. | CIVIL ACTION NO.: 2:24-cv-00397 <br><br> The Honorable Jeffrey L. Schmehl |

**AFFIDAVIT OF DIONNA F. SHEAR**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Dionna F. Shear, of full age, hereby deposes and says:

1. I am an associate at the law firm of Baker & McKenzie LLP.

2. My office address, telephone number and email address are as follows:

   452 Fifth Avenue, New York, NY 10018
   Telephone: 212-626-4598
   Email: dionna.shear@bakermckenzie.com

3. I make this Affidavit in support of the motion to admit me *pro hac vice* to appear and participate in this matter as counsel for Defendant The Trustees of the University of Pennsylvania ("Defendant"). I have personal knowledge of the matters set forth herein.

4. I am admitted to the following jurisdictions:

   State Court

   | | | |
   |---|---|---|
   | State of California | No. 308290 | Date of Admission: 12/30/2015 |
   | State of New York | No. 6065213 | Date of Admission: 05/08/2024 |
   | The District of Columbia | No. 90005476 | Date of Admission: 06/16/2022 |

   United States District Court

   | | | |
   |---|---|---|
   | Southern District of California | No. 308290 | Date of Admission: 05/18/2018 |

1

5.   I am active and in good standing in all the jurisdictions to which I am admitted.

6.   I have never been suspended from the practice of law in any jurisdiction or received any public reprimand by the highest disciplinary authority of any bar in which I have been a member.

7.   I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and I agree to be bound by both sets of Rules for the duration of this case for which *pro hac vice* admission is sought.

8.   If granted *pro hac vice* status, I will in good faith continue to advise counsel who has moved for the *pro hac vice* admission of the current status of the case for which *pro hac vice* status has been granted and of all material developments therein.

I CERTIFY THE FOREGOING STATEMENTS MADE BY ME ARE TRUE.

Dated: May 10, 2024

_____
Dionna F. Shear