IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TZIPORA SARAH KARIN EISINGER, PhD, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO.: 2:24-cv-00397 |
| THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, | The Honorable Jeffrey L. Schmehl |
| Defendant. | |

### ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of the MOTION FOR ADMISSION *PRO HAC VICE* OF DIONNA F. SHEAR, ESQ., ON BEHALF OF DEFENDANT THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, it is hereby ORDERED, that the motion is GRANTED, and Dionna F. Shear, Esq. is admitted *pro hac vice* to appear before this Court pursuant to Local Rule of Civil Procedure 83.5.2(b).

BY THE COURT:

_____
HON. JEFFREY L. SCHMEHL