IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TZIPORA SARAH KARIN EISINGER,<br><br>*Plaintiff*,<br><br>v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>*Defendant*. | CIVIL ACTION<br>NO. 24-CV-00397-JLS |

## O R D E R

**AND NOW**, this 8th day of April, 2025, upon consideration of the Plaintiff's e-mail requesting an extension of the fact-discovery deadline, it is hereby **ORDERED** that the fact-discovery deadline is extended to April 30, 2025.

                                          **BY THE COURT:**

                                          */s/ Jeffrey L. Schmehl*
                                          **JEFFREY L. SCHMEHL, J.**