IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TZIPORA SARAH KARIN EISINGER,<br><br>*Plaintiff*,<br><br>v.<br><br>THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA,<br><br>*Defendant*. | CIVIL ACTION<br>NO. 24-CV-00397-JLS |

## O R D E R

**AND NOW**, this 25th day of April, 2025, after holding a telephonic status conference and considering Defendant's e-mail of April 24, 2025, it is hereby **ORDERED** that:

(1) the deadline for fact discovery is extended to July 11, 2025;

(2) within ten (10) days of the entry of this Order, Plaintiff shall provide Defendant with a list of potential trial witnesses;

(3) Defendant may file a motion for protective order relating to the topics addressed during the April 25, 2025, telephonic status conference on or before May 23, 2025;

(4) a telephonic status conference is scheduled for June 9, 2025, at 11:00 a.m. The parties shall call into the conference at 1-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 and use access code 2307 955 2938.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**