### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TZIPORA SARAH KARIN EISINGER,

    *Plaintiff*,

    v.

THE TRUSTEES OF THE UNIVERSITY
OF PENNSYLVANIA,

    *Defendant*.

CIVIL ACTION
NO. 24-CV-00397-JLS

### O R D E R

**AND NOW**, this 1st day of May, 2025, after holding a telephonic status conference and considering Defendant's e-mail of April 24, 2025, it is hereby **ORDERED** that the a telephonic status conference is **RESCHEDULED** from June 9, 2025, at 11:00 a.m. to June 27, 2025, at 11:30 a.m.  The parties shall call into the conference at 1-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 and use access code 2305 979 0598.

        BY THE COURT:

        */s/ Jeffrey L. Schmehl*
        **JEFFREY L. SCHMEHL, J.**